1

2

BENJAMIN B. WAGNER
3  United States Attorney
MICHAEL M. BECKWITH
4  Assistant U.S. Attorney
501 I Street, Suite 10-100
5  Sacramento, California 95814
Telephone: (916) 554-2797

6

**FILED**

MAR 1 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        ) Case No. 2:11-cr-0132 JAM
                                     )
13            Plaintiff,             ) **ORDER TO SEAL**
                                     ) **(Under Seal)**
14        v.                         )
     FRANCISCO RANGEL-GUERRERO,      )
15  JOSE ALFREDO GARCIA-GUILLEN,     )
        aka Gato,                    )
16  EFRAIN BAUPTISTA,                )
     VERONICA VILLESENOR,            )
17                                   )        SEALED
                                     )
18                                   )
                                     )
19            Defendants.            )
     _____)

20

        The Court hereby orders that the Indictment, the Petition of

21

Assistant U.S. Attorney Michael M. Beckwith to seal the indictment,

22

and this Order, in the above-referenced case, shall be sealed until

23

further order of this Court.

24

25

DATED: March 17 , 2011

26

                                   _Dale A. Dyd_
27                                 _____
                                   DALE A. DROZD
                                   United States Magistrate Judge
28

                                   3