1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL M. BECKWITH
Assistant United States Attorney
3 | 501 I Street, 10th Floor
Sacramento, California 95814
4 | Telephone:  (916) 554-2797



**FILED**

APR - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8 |             UNITED STATES DISTRICT COURT

9 |         FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          ) Case No. CR S 2:11-0132 JAM
                                       )
12 |              Plaintiff,            ) APPLICATION TO UNSEAL ARREST
                                       ) WARRANTS, INDICTMENT, PETITION
13 |       v.                          ) TO SEAL, ORDER AND SEALING
                                       ) ORDER;
14 | FRANCISCO RANGEL-GUERRERO,         ) [PROPOSED] ORDER
JOSE ALFREDO GARCIA-GUILLEN,           )   D^O
15 |    aka Gato,                      )
ALFREDO LUIS GONZALEZ,                 )
16 | EFRAIN BAUPTISTA, and              )
VERONICA VILLESENOR,                   )
17 |                                    )
                                       )
18 |              Defendants.           )
_____)

21 |                 APPLICATION

22 |      On March 17, 2011, this Court issued arrest warrants,

23 | petition to seal, order, and sealing order for the above-

24 | captioned matter, and sealed these documents as well as the

25 | indictment in this case.  On March 31, 2011, a superseding

26 | indictment was filed, this Court issued arrest warrants for

27 | Francisco Rangel-Guerrero, Jose Alfredo Garcia-Gullen and Alfredo

28 | Luis Gonzalez,   The arrest warrants, petition to seal, order and

1   indictment were sealed.   The arrest warrants for Efrain Bauptista

2   and Veronica Villesenor are in the process of being executed.

3   Efrain Bauptista and Veronica Villesenor are in federal custody

4   in the Central District of California and will need to be

5   arraigned on the charges in the future.   The Government

6   respectfully requests that the arrest warrants, indictment,

7   petition to seal, order, sealing order, and any other documents

8   sealed pursuant to the Court's March 17, 2011, and March 31, 2011

9   order be unsealed.

10

11  DATED: April 7, 2011

12                                  Respectfully submitted,

13                                  BENJAMIN B. WAGNER
                                    United States Attorney
14

15

                              By:   _____
16                                  MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
17

18

19

20

21

22

23

24

25

26

27

28                                  2

1

2                                    ORDER

3        Upon application of the Government, and good cause appearing

4   therefore, IT IS HEREBY ORDERED that the arrest warrants,

5   indictment, petition to seal, order, sealing order, and any other

6   documents sealed pursuant to the Court's March 17, 2011, and

7   March 31, 2011, order for the captioned matter be UNSEALED.

8
                 April
9   Date: ~~March~~  7  , 2011

10

11                                    _____
                                      HONORABLE DALE A.  DROZD
12                                    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       3